

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK a/k/a DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN, NEW YORK BRANCH a/k/a DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN a/k/a DZ BK AG DEUTSCHE ZENTRAL NY BR a/k/a DZ BANK AG a/k/a DZ BANK, | Case No. 3:14-cv-05880-JLR |

16 MS - 00077 RSL

**WRIT OF GARNISHMENT**

Misc. Action No.

Plaintiff,

v.

CONNECT INSURANCE AGENCY, INC.,

Defendant.

SAFECO INSURANCE COMPANY OF ILLINOIS,

Garnishee Defendant.

WRIT OF GARNISHMENT -- 1

ROBERTS JOHNS & HEMPHILL, PLLC
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646



THE UNITED STATES OF AMERICA TO:   Safeco Insurance Company of Illinois
175 Berkeley Street
Boston, MA  02116

AND TO:   Connect Insurance Agency, Inc., a Texas corporation and Connect Insurance Agency, Inc., a Florida corporation

The above-named Plaintiff has applied for a writ of garnishment against you, claiming that Connect Insurance Agency, Inc., a Texas corporation and Connect Insurance Agency, Inc., a Florida corporation, are indebted to Plaintiff and that the amount to be held to satisfy that indebtedness is **$582,951.30**, consisting of:

| | | | |
|---|---|---|---|
| Balance on Judgment | | $ | 582,565.30 |
| Estimated garnishment costs: | | | |
| Filing Fee and Ex Parte Fees:: | $    46.00 | | |
| Service and Affidavit Fee: | $     0.00 | | |
| Postage/Certified Mail: | $    20.00 | | |
| Answer Fee or Fees: | $    20.00 | | |
| Garnishment Attorney Fee: | $   300.00 | $ | 386.00 |

**TOTAL**                                                                       $   **582,951.30**

YOU ARE HEREBY COMMANDED, unless otherwise directed by the court or by this writ, not to pay any debt, whether earnings subject to this garnishment or any other debt, owed to Connect Insurance Agency, Inc., a Texas corporation and Connect Insurance Agency, Inc., a Florida corporation at the time this writ was served and not to deliver, sell, or transfer, or recognize any sale or transfer of, any personal property, funds or effects of Connect Insurance Agency, Inc., a Texas corporation and Connect Insurance Agency, Inc., a Florida corporation in your possession or control at the time when this writ was served.  Any such payment, delivery, sale, or transfer is void to the extent necessary to satisfy the plaintiff's claim and costs for this writ with interest.

YOU ARE FURTHER COMMANDED to answer this writ by filling in the attached form according to the instructions in this writ and in the answer form and, within either twenty (20) days after the service of the writ upon you or within forty (40) days of the date of service upon the Washington Insurance Commissioner, to mail or deliver the original of such answer to the court, one copy to the plaintiff or the plaintiff's attorney, and one copy to Defendant, in the envelopes provided.

WRIT OF GARNISHMENT -- 2

ROBERTS JOHNS & HEMPHILL, PLLC
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646

1

2  If you owe Connect Insurance Agency, Inc., a Texas corporation and/or Connect Insurance Agency, Inc., a Florida corporation a debt payable in money in excess of the amount

3  set forth in the first paragraph of this writ, hold only the amount set forth in the first paragraph and release all additional funds or property to Connect Insurance Agency, Inc., a Texas

4  corporation and/or Connect Insurance Agency, Inc., a Florida corporation.

5  Counsel for the plaintiff states that:

6  a.  Connect Insurance Agency, Inc., a Texas corporation address is: 201 SE 124th

7  Ave., Suite 102, Vancouver, WA 98684;

8  b.  Connect Insurance Agency, Inc., a Florida corporation address is: 125 South State Road 7, #104-178, Wellington, FL 33414

9

10  IF YOU FAIL TO ANSWER THIS WRIT AS COMMANDED, A JUDGMENT MAY BE ENTERED AGAINST YOU FOR THE FULL AMOUNT OF THE PLAINTIFF'S

11  CLAIM AGAINST CONNECT INSURANCE AGENCY, INC., A TEXAS CORPORATION AND CONNECT INSURANCE AGENCY, INC., A FLORIDA CORPORATION WITH

12  ACCRUING INTEREST, ATTORNEY FEES, AND COSTS WHETHER OR NOT YOU OWE ANYTHING TO CONNECT INSURANCE AGENCY, INC., A TEXAS

13  CORPORATION AND/OR CONNECT INSURANCE AGENCY, INC., A FLORIDA CORPORATION.  IF YOU PROPERLY ANSWER THIS WRIT, ANY JUDGMENT

14  AGAINST YOU WILL NOT EXCEED THE AMOUNT OF ANY NONEXEMPT DEBT OR THE VALUE OF ANY NONEXEMPT PROPERTY OR EFFECTS IN YOUR POSSESSION

15  OR CONTROL.

16  JUDGMENT MAY ALSO BE ENTERED AGAINST CONNECT INSURANCE AGENCY, INC., A TEXAS CORPORATION AND/OR CONNECT INSURANCE

17  AGENCY, INC., A FLORIDA CORPORATION FOR COSTS AND FEES INCURRED BY THE PLAINTIFF.

18  Witness, the Honorable _Robert S. Lasnik_____, Judge of the above-entitled

19  Court, and the seal thereof, on _June 2, 2016_____(date)..

20  WILLIAM M. MCCOOL_____
   CLERK OF THE COURT

21

22  By:_____

23  UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON

24  700 Stewart Street, Suite 2310
   Seattle, WA 98101

25

26  WRIT OF GARNISHMENT -- 3

   **ROBERTS JOHNS & HEMPHILL, PLLC**
   7525 PIONEER WAY, SUITE 202
   GIG HARBOR, WASHINGTON 98335
   TELEPHONE (253) 858-8606
   FAX (253) 858-8646

1

2

3     ROBERTS JOHNS & HEMPHILL, PLLC

4

5     _____

6     MICHAEL W. JOHNS, WSBA #22054
    Attorney for Plaintiff

7     7525 Pioneer Way, Suite 202
    Gig Harbor, WA 98335

8     (253) 858-8606

9

10     Defendants' Names and Addresses:

11     Connect Insurance Agency, Inc., a Texas corporation
    201 SE 124th Ave., Suite 102

12     Vancouver, WA 98684

13     Connect Insurance Agency, Inc., a Florida corporation
    125 South State Road 7, #104-178

14     Wellington, FL 33414

15

16

17

18

19

20

21

22

23

24

25

26     WRIT OF GARNISHMENT -- 4

**ROBERTS JOHNS & HEMPHILL, PLLC**
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646